IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TORRID HOLDINGS INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:23-cv-00996-GBW |
| This Document Relates To:<br><br>ALL ACTIONS. | (Consolidated with Case No. 1:23-cv-01084-GBW) |

**UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) and 23.1(c)**

WHEREAS, plaintiffs Allegra Morgado and Nicole Long ("Plaintiffs") each commenced shareholder derivative actions on behalf of Torrid Holdings Inc. ("Torrid");

WHEREAS, on December 4, 2023, the Court granted the parties' Joint Stipulation Regarding Service, Consolidating Related Shareholder Derivative Actions, and Appointing Co-Lead Counsel, thereby consolidating *Long v. Harper, et al.*, Case No. 1:23-cv-01084 into the above-captioned action (the "Consolidated Derivative Action");

WHEREAS, Torrid and certain of the Individual Defendants were parties to the related securities class action, *Waswick v. Torrid Holdings, Inc. et al*, Case No. 2:22-cv-08375 (C.D. Cal.), before Judge Josephine L. Staton (the "Securities Class Action");

WHEREAS, on January 26, 2024, defendants filed a motion to dismiss the complaint in the Securities Class Action;

WHEREAS, on July 23, 2024, the Court granted the motion to dismiss in the Securities Class Action with prejudice. On August 7, 2024, the Court entered judgment dismissing the Securities Class Action with prejudice. The thirty-day period within which to appeal from the judgment of dismissal in the Securities Class Action has elapsed and the lead plaintiffs did not appeal the judgment;

1

WHEREAS, the Parties met and conferred regarding the decision and judgment dismissing the Securities Class Action, its precedential and *res judicata* effect, and the impact thereon on the viability of the claims asserted in the Consolidated Derivative Action;

WHEREAS, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c), Plaintiffs seek to voluntarily dismiss the Consolidated Derivative Action in its entirety without prejudice;

WHEREAS, Defendants have not answered, moved to dismiss, or otherwise responded to a complaint nor moved for summary judgment, dismissal under Fed. R. Civ. P. 41(a) is therefore appropriate; and

WHEREAS, if this dismissal is granted, Plaintiffs understand that Torrid will disclose the dismissal of the Consolidated Derivative Action to shareholders in the regular course of business through a filing with the U.S. Securities and Exchange Commission; and

WHEREAS, notice of the voluntary dismissal is not required in this instance because: (i) there has been no settlement or compromise of this Consolidated Derivative Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

NOW, THEREFORE, SUBJECT TO COURT APPROVAL:

1. Plaintiffs dismiss the above-captioned action without prejudice to pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and 23.1(c).

2. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

Respectfully Submitted,

Dated: September 25, 2024

**RIGRODSKY LAW, P.A.**

By: */s/ Seth D. Rigrodsky*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
1007 North Orange Street, Suite 453
Wilmington, DE 19801
(302) 295-5210
sdr@rl-legal.com
gms@rl-legal.com
hwm@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com
Email: estone@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
HON. GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

3